UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GABRIEL BLACK

CRIMINAL ACTION

NO. 07-141-JJB

## RULING AND ORDER

This matter is before the court on defendant's motion (doc. 8) to suppress. The court conducted a hearing on February 26, 2008, and the parties were given until March 11th to supplement the record.

The court has duly considered the submissions made by the parties. The government's position in this matter is clearly correct.

Accordingly, defendant's motion (doc. 8) to suppress is hereby DENIED.

Baton Rouge, Louisiana, April 18th, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE